UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Ricoh Company, LTD**
Plaintiff(s),
VS.
**Zoom Communications, Inc. F/K/A Zoom Video Communications, Inc.**
Defendant(s),

Case No.:1:25-cv-01095-JCG
DECLARATION OF SERVICE

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 9/14/2026 at 11:38 AM at the address of 2710 Gateway Oaks Dr Ste 150N, Sacramento, within Sacramento County, CA 95833, the undersigned duly served the following document(s): Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in the above entitled action upon Microsoft Corporation, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Alex Jenkins, Associate Intake Coordinator for CSC-Lawyers Incorporating Service, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Skin Color: African American | Age: 28 | Height: 5'9" | Weight: 190 | Hair: Black

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 9/14/2026

SL

Keianna Hostetler
Registered Process Server
License#: 225-048
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885