IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 25-1095 (JCG) |
| ZOOM COMMUNICATIONS, INC. | ) | |
| f/k/a ZOOM VIDEO | ) | |
| COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL**
**SUPPLEMENTATION OF INFRINGEMENT CONTENTIONS**

Defendant Zoom Communications, Inc. ("Zoom") hereby moves the Court for an Order (i) compelling plaintiff Ricoh Company, Ltd. ("Ricoh") to supplement its July 31, 2026 Disclosure of Asserted Claims and Infringement Contentions to comply with paragraphs 3(b), 3(c), 3(d), 3(e), and 3(g) of the Scheduling Order (D.I. 53); (ii) precluding Ricoh from relying on any accused instrumentality, infringement theory, or claim mapping not disclosed in compliant supplemental contentions absent leave of Court under paragraph 7 of the Scheduling Order; and (iii) resetting Zoom's October 20, 2026 deadline to serve its Initial Invalidity Contentions under paragraph 5 of the Scheduling Order to 30 days after Ricoh serves compliant supplemental contentions.

The grounds for this motion are set forth in the discovery dispute letter submitted herewith. A proposed form of order is Attachment B to the letter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Edward D. Johnson
Cliff A. Maier
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 331-2000

Michael A. Molano
MAYER BROWN LLP
101 2nd Street, Ste 17th Floor
San Francisco, CA 94105
(415) 874-4230

B. Clayton McCraw
Kaitlyn M. Hunt
Shantelle L. Lafayette
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500

Amanda Steff Bonner
Nicholas H. Ciulla
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

October 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 13, 2026, upon the following in the manner indicated:

John G. Day — *VIA ELECTRONIC MAIL*
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Plaintiff*

Brett C. Govett — *VIA ELECTRONIC MAIL*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
*Attorneys for Plaintiff*

Michael V. Solomita — *VIA ELECTRONIC MAIL*
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
*Attorneys for Plaintiff*

Gabriel Culver — *VIA ELECTRONIC MAIL*
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
*Attorneys for Plaintiff*

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)